IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20-118-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JENNIFER LEE ADAMS, | |
| Defendant. | |

Pending before the Court is the motion of the United States of America to dismiss the indictment without prejudice (Doc. 34).   For good cause being shown,

**IT IS HEREBY ORDERED** that the indictment in the above-captioned case is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the trial in the above matter presently set for Monday, May 24, 2021 at 9:00 a.m. is **VACATED** and all pending motions are **DENIED** as moot.

1

**IT IS FURTHER ORDERED** that the Defendant, Jennifer Lee Adams shall be immediately released from the custody of the U.S. Marshals Service.

The Clerk of Court is directed to notify counsel and the U.S. Marshals service of the entry of this Order.

DATED this 15th day of April, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge